1  BESS M. BREWER, #100364
   LAW OFF ICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131
   besshelena@earthlink.net

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE DE LA LUZ GARCIA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.<br><br>**COMPLAINT FOR JUDICIAL REVIEW OF DECISION OF COMMISSIONER OF SOCIAL SECURITY** |

**Preliminary Statement**

1. Plaintiff Jose De La Luz Garcia, brings this action under the Social Security Act, 42 U.S.C. §§ 1383 ( c)(3) and 405(g), for judicial review of a final decision of defendant Michael J. Astrue, Commissioner of Social Security, denying for lack of disability Mr. Comb's claim for Social Security and Supplemental Security Income Disability benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 401 *et seq.* and §§ 1381 *et. seq.*

**Jurisdiction and Venue**

2. Jurisdiction is conferred on this court by 42 U.S.C. §§ 1383 ( c)(3) and 405(g).

3. Plaintiff lives in Contra Costa County which is located in the Northern District of California, and thus venue in this district is proper.

**Parties**

4. Plaintiff is an applicant for Social Security disability benefits. He is low income with few

Complaint for Review of Social Security Decision    1

resources.

5.   Defendant Michael J. Astrue is the duly appointed Commissioner of Social Security for the United States of America and is sued in her official capacity.

**Factual Allegations**

6.   Plaintiff applied for Social Security Disability Insurance benefits which defendant's denied on the basis that Plaintiff lacked the requisite disability. Plaintiff formally requested a hearing on the denials but the ALJ issued a decision denying plaintiff Social Security Disability benefits. Plaintiff requested review by the Appeals Council and on June 6, 2008, the Appeals Council denied review.

**Claim for Relief**

7.   There is substantial evidence in the record to support a finding that plaintiff was disabled at all relevant times and that Defendant's conclusions and findings are not supported by substantial evidence.

**Prayer for Relief**

WHEREFOR, plaintiff, prays that this Court:

1.   Reverse defendant's decision insofar as it denies, on the grounds of lack of disability or failure of proof thereof, Social Security Disability benefits to plaintiff;

2.   Find and order that plaintiff was and is disabled within the meaning of the Social Security Act and regulations. Or, in the alternative remand Mr. Combs's case to the Social Security Administration for further hearing

3.   Award plaintiff his attorneys' fees and costs of suit pursuant to 5 U.S.C. § 504, 28 U.S.C. § 2412 and Rule 54(d) of the Federal Rules of Civil Procedure, and grant such other and further relief as the court deems just and proper.

Dated: August 8, 2008                  Respectfully submitted,

                                       LAW OFFICE OF
                                       BESS M. BREWER & ASSOCIATES


                                       By:_____
                                       BESS M. BREWER
                                       Attorneys for Plaintiff