```
ORIGINAL
FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOSE DE LUZ Garcia
(JOE GARCIA )

           Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURTIY

           Defendant.

CASE NO. C08-03833

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, JOE GARCIA _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?              Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | *January 6th, 2006 my pay*
3 | *was 4-5,000 per month Gross*
4 | *if I remember right.*

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |      a.    Business, Profession or            Yes ___ No _X_
8 |           self employment?
9 |      b.    Income from stocks, bonds,        Yes ___ No _X_
10 |           or royalties?
11 |      c.    Rent payments?                  Yes ___ No _X_
12 |      d.    Pensions, annuities, or            Yes ___ No _X_
13 |           life insurance payments?
14 |      e.    Federal or State welfare payments,    Yes ___ No _X_
15 |           Social Security or other govern-
16 |           ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____

21 | 3.    Are you married?                        Yes _X_ No ___
22 | Spouse's Full Name: *Maria Garcia*
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ *800 - 1100.00*  Net $ *650.00 - 950.00*
26 | 4.    a.    List amount you contribute to your spouse's support: $ *Whatever I sell*
               *of my property*
27 |      b.    List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor
*My Daughter 7 years old.*

1         children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2   7 years old                                          August 25th/2008
3   THE House is scheduled to be sold at Auction
    in foreclosure at this time
4   5.   Do you own or are you buying a home?  Yes ___  No ___
5   Estimated Market Value: $120,000 or Less  Amount of Mortgage: $3400.00 per month
    Behind over 50,000 in payments
6   6.   Do you own an automobile?  Yes X  No ___
7   Make Chevrolet  Year 1979  Model Pick up
8   Is it financed? Yes ___  No X  If so, Total due: $ -0-
9   Monthly Payment: $ -0-  Just Gas/Insurance
10   7.   Do you have a bank account?  Yes X  No ___ (Do not include account numbers.)
11   Name(s) and address(es) of bank: Wells Fargo, Citibank
12
13   Present balance(s): $ Citibank (overdrawn) Wells Fargo 37.00
14   Do you own any cash?  Yes X  No ___  Amount: $ 12.00 Twelve Dollars
15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16   market value.)                                      Yes X  No ___
17   Bicycle 17.00 Dollars
18   8.   What are your monthly expenses?
19   Rent: $ 3400.00           Utilities: 150.00
20   Food: $ 600.00            Clothing: 90.00
21   Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Home Depot | $ 10.00 | $ 22.00 |
|  | $ | $ |
|  | $ | $ |

26   9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom
27   they are payable.  Do not include account numbers.)
28   Matco Tools 6-8000.00 Dollars
    American Express 2500.00
    WAMU Bank 2000.00
    Federal Express 1700 -3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-2-2008

DATE                               SIGNATURE OF APPLICANT