BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LA LUZ GARCIA )<br>)<br>)<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>  **Defendant.** )<br>)<br>_____) | Case No. CIV-08-3833 MHP<br><br>**[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of January 5, 2009, to February 10, 2009. This is plaintiff's first request for an extension of time and is required due the holidays and plaintiff's counsel's extremely heavy case load. *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| Dated: January 5, 2009 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: January 5, 2009 | | McGregor W. Scott |
| | | United States Attorney |
| | | */s/ Jacqueline Forslud*<br>JACQUELINE FORSLUND |
| | | Special Assistant U.S. Attorney<br>Social Security Administration |
| | | Attorney for Defendant |

## DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I represent Mr. Garcia in Case No. CIV-08-3833 MHP pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file his motion for summary judgment.

2. I was out of the office on vacation for the holidays and will require additional time to complete Mr. Garcia's Motion for Summary Judgment and Memorandum.

3. This is my first request for an extension of time to file Mr. Garcia's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on January 5, 2009, in Sacramento, California.

  /s/ Bess M. Brewer  
BESS M. BREWER

2

1 **ORDER**

2

3

4  APPROVED AND SO ORDERED.

5

6  DATED: 1/7/2009

7

8

*IT IS SO ORDERED*

HON. MARILYN H. PATEL
Judge Marilyn H. Patel

3