UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DE LA LUZ GARCIA,            No. C-08-3833 MHP

    Plaintiff(s),                 **JUDGMENT**

  vs.

MICHAEL J. ASTRUE, Commissioner of Social Security of the United States of America,

    Defendant(s).
_____/

This action having come before this Court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented in accordance with the standing procedural order of this Court, and an Order having been duly filed herein,

IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment is GRANTED and plaintiff's cross-motion for summary judgment is DENIED, and that the action is DISMISSED.

Date: March 30, 2010

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

**ENDNOTES**